IN the INTEREST OF: K.C., Appellant,

v.

JUVENILE OFFICER, Respondent.

WD 78473

Missouri Court of Appeals,
Western District.

Order filed: September 20, 2016

Craig A. Johnston, for Appellant

Summer A. Duke, for Respondent

Before Division Three: Victor C. Howard, Presiding Judge, Lisa White Hardwick, Judge and James E. Welsh, Judge

## ORDER

PER CURIAM:

K.C. appeals the order of adjudication and disposition of the juvenile court finding that he committed acts that would constitute child molestation in the first degree in violation of section 566.067 if committed by an adult. He contends that the juvenile court abused its discretion in excluding the testimony of a witness. Because a published opinion would have no

precedential value, a memorandum has been provided to the parties.

The order is affirmed. Rule 84.16(b).